1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HEARN,

          Plaintiff,

     v.

DR. JANANGIR SADEGHI,

          Defendant.

Case No. 17-02038 BLF (PR)

**JUDGMENT**

     The Court has dismissed all claims against Defendant, and granted his motion for summary judgment. Judgment is entered in favor of Defendant.

     **IT IS SO ORDERED.**

**Dated:**   January 9, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\02038Hearn_judgment